IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KENDALL DEVON CHAPMAN**                                                          **PLAINTIFF**

v.                                                          No. 4:20CV216-DAS

**M.D.O.C., ET AL.**                                                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED**, this, the 2nd day of July, 2021.

                                                          /s/ David A. Sanders
                                                          DAVID A. SANDERS
                                                          UNITED STATES MAGISTRATE JUDGE